UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE STEPHEN ALEXANDER VADEN

|  |  |  |
|---|---|---|
| PORSCHE MOTORSPORTS NORTH AMERICA, INC. | : : : : | |
| Plaintiff, | : | Court No. 16-00182 |
| v. | : : | |
| UNITED STATES, | : : | |
| Defendant. | : : | |

**Plaintiff's Rule 56.3 Statement of Additional Uncontested Material Facts
Pertaining to the Classification Issue**

Rule 56.3, Rules of the United States Court of International Trade, requires that motions for summary judgment include a separate statement of material facts as to which it is contended that there exists no genuine issue to be tried. In this case, there are no material facts as to which there exists a genuine issue to be tried, and the issues are amenable to resolution through dispositive motions. The following are additional undisputed facts of this case:

(1)     The certificate of registration dated May 9, 2014 shows 9,992 items with a value of $1,455,915.89 exported.  Court papers, AJSUMF Exhibit 1 and AJSUMF Exhibit 25 (the Canadian broker filing).

(2)     The returning inventory worksheet prepared by Brian Blocker shows 9,921 items with a value of $1,442,775.89 being returned. AJSUMF, Exhibit 12.

(3)     The difference between the Cert. of Registration and the returning Inventory worksheet is 71 parts with a value of $13,140.

(4)     The 71 parts and $13,140 match the non-inventory items included in the support trailer inventory list.  AJSUMF, Exhibit 19.

{0174640.DOCX:1}

PMNA v. U.S., Court No. 16-00182
Plaintiff's Rule 56.3 Statement of Uncontested Material Facts

     (5)     AJSUMF Exhibit 25 contains the ACE eManifest, list of non-inventory items and the brokerage statement from B.Zee Brokerage detailed the inventory exported to Canada.

     (6)     AJSUMF Exhibit 9 consists of the individual PMNA order sheets and subsequent billing invoices sent to the Porsche racing teams following the first race at the Canadian Tire Motorsport Park in Bowmanville, Ontario (the KB5-5376882-5). These documents identify the part #, description, quantity and value of the items purchased by the racing teams. The total number of parts sold was 146 with a value of $34,009.61. The quantity of parts sold is summarized on AJSUMF Exhibit 21.

     (7)     The entry lines form 7501 for Entry KB5-5376882-5 all state "Prof Books, etc. returned to the US" HTS 9801.00.8500. AJSUMF Exhibit 2. Block 35 shows a total entered value $1,455,916 which would indicate the value of the non-inventory items were included in the total entered value of the goods that were returning. Court papers, AJSUMF Exhibit 1.

     (8)     Automobile racing is often referred to as a sport because it is an activity that involves skill in which an individual or team competes against others on a course or circuit. It is, however, also a major business activity in which millions dollars are spent annually. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 5.

     (9)     There are many forms of automobile racing, such oval track racing, closed circuit course racing, auto cross, drag strip racing, etc., and many levels of racing, such as amateur, semi-professional and professional racing. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 6.

{0174640.DOCX:1}

PMNA v. U.S., Court No. 16-00182
Plaintiff's Rule 56.3 Statement of Uncontested Material Facts

(10)   Regardless of the type and form, automobile racing often involves heavy vehicles moving at high rates of speed in very close proximity to one another. It can be dangerous and sometimes deadly to the participants if mistakes are made or if a vehicle is not properly maintained or repaired and breaks down while on the track with other vehicles. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 7.

(11)   To become proficient at automobile racing, it takes years of practice and training. Drivers often attend special courses and schools to develop and hone their skills.  But automobile racing is more than just the driver.  It takes a team or crew of people to prepare, maintain and repair the vehicle, and support the driver and the car during the race. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 8.

(12)   Like drivers, the team or crew of people that prepare, maintain and repair the vehicle have many years of experience and training to acquire the skills and knowledge necessary to maintain a race car in its proper condition, ready to race, and maintain that vehicle in racing condition during the race. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 9.

(13)   The people that work to prepare, maintain, and repair the race vehicle are often overlooked, but it is their experience, training, skill, and knowledge that keep the vehicles on the track competing.  They are often employed by the team owner of the vehicle(s) to do so. B. Blocker Third Supplemental Declaration. Plaintiff's Rule 56.3 Exhibit 1, ¶ 10.

{0174640.DOCX:1}

PMNA v. U.S., Court No. 16-00182
Plaintiff's Rule 56.3 Statement of Uncontested Material Facts

    (14)    The people that work to prepare, maintain, and repair a race vehicle may not always receive a paycheck for what they do, but they are dedicated individuals who would consider the work and service they provide to the team and the car to be their full or part time vocation, occupation, or career. B. Blocker Third Supplemental Declaration, Plaintiff's Rule 56.3 Exhibit 1, ¶ 11.

Dated: April 23, 2021        Respectfully submitted,

           /s/ George R. Tuttle III
           By: George R. Tuttle, III
           Law Offices of George R. Tuttle APC
           3950 Civic Center Dr Ste 310
           San Rafael, CA 94903
           (415) 986-8780

           Attorneys for Plaintiff,
               Porsche Motorsports North America, Inc

{0174640.DOCX:1}

Exhibit 1

Third Supplemental Declaration of Brian Blocker

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE STEPHEN A. VADEN, JUDGE

| | | |
|---|---|---|
| PORSCHE MOTORSPORTS NORTH AMERICA, INC. | : | |
| | : | |
| Plaintiff, | : | Court No. 16-00182 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| Defendant. | : | |
| | : | |

### Third Supplemental Declaration of Brian Blocker

I, Brian Blocker, declare as follows:

1.      I have personal knowledge of the facts stated herein, and if called upon to testify to those facts I could and would competently do so, stating:

2.      As stated in my declaration of October 24, 2018, I am the Manager, Finance and Business Development, for Porsche Motorsports North America, Inc. (hereinafter "PMNA") located in Carson, California.

3.      My duties include contract management, management of financial planning, accounting, monthly reports, the maintenance of PMNA books and records, and the development and management of all Porsche race platforms (i.e., Porsche GT3 Cup Challenge "USA and Canada" and "Porsche Carrera Cup North America").

4.      Over the course of my employment with PMNA and as a result of my responsibilities for the development and management of Porsche racing events such as the Porsche GT3 Cup Challenge "USA Canada" and "Porsche Carrera Cup North America" races, I have observed and have become familiar with multiple aspects of the sport and business of automobile racing.

{0174601.DOCX;1}

Exhibit 1

DocuSign Envelope ID: AA75EFEB-B1AF-4E5C-AE7D-838733B11197

**Third Supplemental Declaration of Brian Blocker**

       5.       While automobile racing is often referred to as a sport because it is an activity that involves skill in which an individual or team competes against others on a course or circuit, it is also a major business activity in which millions dollars are spent annually.

       6.       There are many forms of automobile racing, such oval track racing, closed circuit course racing, auto cross, drag strip racing, etc., and many levels of racing, such as amateur, semi-professional and professional racing.

       7.       Regardless of the type and form, automobile racing often involves heavy vehicles moving at high rates of speed in very close proximity to one another. It can be dangerous and sometimes deadly to the participants if mistakes are made or if a vehicle is not properly maintained or repaired and breaks down while on the track with other vehicles.

       8.       To become proficient at automobile racing, it takes years of practice and training. Drivers often attend special courses and schools to develop and hone their skills.  But automobile racing is more than just the driver.  It takes a team or crew of people to prepare, maintain and repair the vehicle, and support the driver and the car during the race. Part of the cost to the driver for participating in the series comes from covering salaries and travel (flight, hotel, rental cars, and meals) for the team of support mechanics and race engineers at each event.

       9.       Like drivers, the team or crew of people that prepare, maintain and repair the vehicle have many years of experience and training to acquire the skills and knowledge necessary to maintain a race car in its proper condition, ready to race, and maintain that vehicle in racing condition during the race.

[0174601.DOCX;1]

Exhibit 1

DocuSign Envelope ID: AA75EFEB-B1AF-4E5C-AE7D-838733B11197

### Third Supplemental Declaration of Brian Blocker

10.     The people that work to prepare, maintain, and repair the race vehicle are often overlooked, but it is their experience, training, skill, and knowledge that keep the vehicles on the track competing.  They are often employed by the team owner of the vehicle(s) to do so.

11.     With the rare exception of hobbyists, the people who work to prepare, maintain, and repair a race vehicle receive a paycheck for what they do, and would consider the work and service they provide to the team and the car to be their full or part time occupation, or career.

12.     From time to time, PMNA may seek to directly hire people that have experience repairing race vehicles and their component parts, such as race engine repair technicians.

Dated:   4/20/2021

*DocuSigned by:*
*Brian Blocker*
Brian Blocker

{0174601.DOCX;1}

Exhibit 1