UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: Honorable Stephen Alexander Vaden, Judge

| | |
|---|---|
| PORSCHE MOTORSPORTS NORTH AMERICA, INC.<br><br>　　　　Plaintiff,<br>v.<br>UNITED STATES,<br>　　　　Defendant. | Court No. 16-00182 |

## ORDER

Having considered Plaintiff's Motion for Summary Judgment, Defendant's Response, and all other papers and proceedings, and after due deliberation, it is hereby:

**ORDERED** that Plaintiff's Motion for Summary Judgment be and hereby is granted; and it is further —

**ORDERED** that the Port Director at the Port of Buffalo, New York reliquidate the subject entries under subheading 9801.00.85 of the Harmonized Tariff Schedules of the United States, and issue refunds of the excess duties, plus interest as provided by law.

_____
Stephen Alexander Vaden, Judge

Dated: This ____ day of _____, 2021
　　　　New York, New York

{0174893.DOCX;1}